In the Matter of the Accounting of ANNA M. BARRY, as Substituted Trustee under the Will of ALBERT BURK, Deceased. ANNA M. BARRY, Individually, et al., Appellants. ANNA M. BARRY, as Substituted Trustee under the Will of ALBERT BURK, Deceased, et al., Respondents.

Submitted October 4, 1949; decided October 21, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements to Mary E. Wright, payable out of the estate. Motion to amend order entered June 3, 1949, granted, and order will be amended so as to award $10 costs and necessary printing disbursements to respondent Mary E. Wright, payable out of the estate. [See 299 N. Y. 308.]

In the Matter of the Application of CELESTINE A. THOMSON, Respondent, to Compel Accounting by Lawyers Trust Company, as Successor Trustee under a Trust Created by CELESTINE A. BURCHELL. FRANK P. NOHOWEL, as Executor of CELESTINE A. GARDNER (Formerly CELESTINE A. BURCHELL), Deceased, et al., Appellants; JOSEPHINE M. BURCHELL et al., Respondents.

Submitted October 4, 1949; decided October 21, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 351.]

GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27969.)

Submitted October 17, 1949; decided October 21, 1949.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 295.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMERICA TIERI, Appellant.

Submitted October 19, 1949; decided October 21, 1949.

Motion for reargument of motion to vacate order of dismissal granted and upon reargument order of dismissal vacated and case set down for argument during the November, 1949, session.